MOE ROSENTHAL and Another, Copartners, etc., Respondents, Appellants, v.

Jacob Seville and Another, Copartners, etc., Respondents, and Delish Co., Inc., Appellant.— Determination affirmed, with costs and disbursements to the plaintiffs against the defendant Delish Co., Inc.; and with costs and disbursements to the defendants Seville and Jonas against the plaintiffs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [129 Misc. 315; 131 id. 623.]